# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALICIA MONROE,                          :
       Plaintiff                       :     CIVIL ACTION NO. 3:17-CV-1270
                                       :     (Judge Nealon)
       v.                              :
                                       :
CAPITAL MANAGEMENT                      :
SERVICES, LP,                           :
       Defendant                       :

## ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2017,** upon consideration of

Plaintiff having filed a notice of settlement, which states that "[t]he parties have

resolved the matter" and "[s]ettlement is expected to be complete within 45 days,"

(Doc. 4), **IT IS HEREBY ORDERED THAT:**

1.    The above-captioned action is **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days from the date of this Order, to reinstate the action if the settlement is not consummated; and

2.    The Clerk of Court is directed to **CLOSE** this case.

**/s/ William J. Nealon**
**United States District Judge**